

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-25-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| ROBERT MICHAEL GLAUNER ) | |

The Grand Jury charges that:

### COUNT ONE

On or about September 26, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly and intentionally obtain and attempt to obtain confidential telephone records of Verizon Wireless, a covered entity under 18 U.S.C. § 1039(h)(2), of Verizon Wireless customer M.G.D., by making false and fraudulent representations to employees of Verizon Wireless, to wit: falsely claiming to be a detective with the Cary Police Department, and providing a document to Verizon Wireless knowing that such document was false and fraudulent, to wit: submitting a fraudulent search warrant for M.G.D.'s confidential telephone records bearing the false signature of a North Carolina Superior Court Judge, in furtherance of, and with the intent to commit, an offense described in 18 U.S.C. § 2261A, in violation of Title 18, United States Code, Sections 1039(a)(1), (a)(3), and (e)(1).

## COUNT TWO

On or about September 26, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), to wit: 18 U.S.C. § 1039(a), a crime relating to fraud and false statements, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE

On or about October 10, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly and intentionally obtain and attempt to obtain confidential telephone records of Verizon Wireless, a covered entity under 18 U.S.C. § 1039(h)(2), of Verizon Wireless customer M.G.D., by making false and fraudulent representations to employees of Verizon Wireless, to wit: falsely claiming to be a detective with the Cary Police Department, and providing a document to Verizon Wireless knowing that such document was false and fraudulent, to wit: submitting a fraudulent search warrant for M.G.D.'s confidential telephone records bearing the false signature of a North Carolina Superior Court Judge, in furtherance of, and with the intent to commit, an offense described in 18 U.S.C. § 2261A, in violation of Title 18, United States Code, Sections 1039(a)(1), (a)(3), and (e)(1).

## COUNT FOUR

On or about October 10, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), to wit: 18 U.S.C. § 1039(a), a crime relating to fraud and false statements, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE

On or about October 16, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly and intentionally obtain and attempt to obtain confidential telephone records of Verizon Wireless, a covered entity under 18 U.S.C. § 1039(h)(2), of Verizon Wireless customer M.G.D., by making false and fraudulent representations to employees of Verizon Wireless, to wit: falsely claiming to be a detective with the White Oak Police Department, and providing a document to Verizon Wireless knowing that such document was false and fraudulent, to wit: submitting a fraudulent search warrant for M.G.D.'s confidential telephone records bearing the false signature of a North Carolina Superior Court Judge, in furtherance of, and with the intent to commit, an offense described in 18 U.S.C. § 2261A, in violation of Title 18, United States Code, Sections 1039(a)(1), (a)(3), and (e)(1).

## COUNT SIX

On or about October 16, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), to wit: 18 U.S.C. § 1039(a), a crime relating to fraud and false statements, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SEVEN

On or about November 5, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did knowingly and willfully transmit in interstate and foreign commerce a text message to M.G.D., and the communication contained a threat to injure and kill M.G.D., in violation of Title 18, United States Code, Section 875(c).

[remainder of page intentionally left blank]

## COUNT EIGHT

Beginning on or about November 5, 2023, and continuing until on or about November 6, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT MICHAEL GLAUNER, did travel interstate with the intent to kill, injure, and harass another person, to wit: M.G.D., and in the course of and as a result of such travel placed M.G.D. in reasonable fear of the death of, and serious bodily injury to, M.G.D., and caused substantial emotional distress to M.G.D., in violation of Title 18, United States Code, Section 2261A.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_Jan. 19, 2024_
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney